# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-1381
_____

YENTE LEEANN SEHMAN,

Petitioner,

v.

CHRISTOPHER SCOTT SEHMAN,

Respondent.

_____

Petition for Writ of Mandamus—Original Jurisdiction.


January 14, 2026


PER CURIAM.

DISMISSED. *See Clark v. Nichols M. N. P.*, 225 So. 3d 416 (Fla. 1st DCA 2017) (holding that because Petitioner failed to demonstrate that the matter had been called up for hearing and disposition, Petitioner had failed to demonstrate entitlement to mandamus relief).

ROWE, BILBREY, and TANENBAUM, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Yente Leeann Sehman, pro se, Petitioner.

No appearance for Respondent.